UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AM RESEARCH GROUP, LLC,<br>   *Plaintiff*,<br><br>vs.<br><br>MATRIX COMPOSITES &<br>ENGINEERING (US), INC.,<br>   *Defendant*. | Civil Action No. 2:18-cv-162<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO DISMISS WITH PREJUDICE BASED ON THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiff AM Research Group, LLC ("AMRG") and Defendant Matrix Composites & Engineering (US), Inc. jointly file this their Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreement. In support, the Parties respectfully show as follows:

The Parties have fully and finally settled all claims and counterclaims (known or unknown, pled or unpled) between each other relating to United States patent No. 6,435,775 and the subjects of this lawsuit by entering into a Settlement Agreement. Based on the Settlement Agreement, there is no need for this case to continue. The Parties respectfully move the Court to dismiss this case with prejudice.

Each Party has agreed to bear its own attorneys' fees, expenses, and costs.

A proposed order for dismissal is attached.

Date: July 6 2018                           Respectfully submitted,

                */s/ Bradford T. Laney*
Bradford T. Laney
1800 Augusta Drive, Suite 300
Houston, TX 77057
713-429-8050 (telephone)
713-429-8045 (facsimile)
Email: blaney@amrgco.com

**GENERAL COUNSEL FOR PLAINTIFF AM RESEARCH GROUP, LLC**

**FISH & RICHARDSON P.C.**

*/s/ Tom Gorham*
Leonard E. Davis
Texas Bar No. 05521600
ldavis@fr.com
Tom Gorham
Texas Bar No. 24012715
gorham@fr.com
Andria R. Crisler
Texas Bar No. 24093792
crisler@fr.com
Lance Wyatt
Texas Bar No. 24093397
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Fax: 214-747-2091

**COUNSEL FOR DEFENDANT MATRIX COMPOSITES & ENGINEERING (US), INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that he served opposing counsel with this Motion through the Court's ECF/PACER filing system.

                                          */s/ Bradford T. Laney*
                                          **Bradford T. Laney**