UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

AM RESEARCH GROUP, LLC,
  *Plaintiff,*

vs.

Civil Action No. 2:18-cv-162

MATRIX COMPOSITES &
ENGINEERING (US), INC.,
  *Defendant.*

**Jury Trial Demanded**

## ORDER

On this day, the Court considered the Parties' Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreement.  (Dkt. No. 2).  Having considered the Motion, the Court is of the opinion that this Motion should be and hereby is **GRANTED** in full.

It is, therefore, **ORDERED** that claims, answers, affirmative defenses, and counterclaims (known or unknown, pled or unpled) relating to the subjects of this lawsuit are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that each Party is to bear its own costs, expenses, and legal fees incurred in relation to this case.  The Clerk is **DIRECTED TO CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 9th day of July, 2018.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE